UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES EVERETT SHELTON, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LUMICO LIFE INS. CO. and ASSURANCE IQ, INC., <br><br> Defendants. | Case No. 7:19-cv-6494 (NSR) |

## ORDER

**THIS MATTER IS BEFORE THE COURT** on Plaintiff James Everett Shelton and Defendant Assurance IQ, Inc.'s Stipulation of Extension of Time to Respond to the Complaint (the "Stipulation").

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, the Court has considered the Stipulation and the record as a whole and, for good cause shown, hereby **GRANTS** the Stipulation. Defendant Assurance IQ, Inc. shall have up to and including ~~August 27, 2019~~ September 13, 2019 to answer or otherwise respond to Plaintiff's Complaint.

**SO ORDERED** this 12th day of August, 2019.

_____
HON. NELSON S. ROMÁN
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/19

4