IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JAMES EVERETT SHELTON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>LUMICO LIFE INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No. 7:19-cv-06494-NSR<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Local Rule 50.1(c) for the Southern and Eastern Districts of New York, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendant, Lumico Life Insurance Company ("Lumico"), certifies that it is not publicly traded, and 100% of its stock is indirectly owned by Swiss Reinsurance Ltd of Zurich, Switzerland. Swiss Reinsurance Ltd is publicly traded on the SIX Swiss Exchange, but is not publicly traded in the United States.

Dated: September 30, 2019

Respectfully submitted,

*s/ Lewis S. Wiener*
Lewis S. Wiener (#2156933)
EVERSHEDS SUTHERLAND (US) LLP
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980
Telephone: 202-383-0140
Facsimile: 202-637-3593
Email: lewiswiener@eversheds-sutherland.com

Francis X. Nolan (#4711628)
EVERSHEDS SUTHERLAND (US) LLP
1114 Avenue of the Americas, 40th Floor
New York, NY 10036-7703
Telephone: 212-389-5083
Facsimile: 212-389-5099
Email: franknolan@eversheds-sutherland.com

*Attorneys for Lumico Life Insurance Co.*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2019, I electronically filed the foregoing RULE 7.1 STATEMENT via the Court's CM/ECF system, which will electronically serve all parties and counsel of record.

<em>s/ Lewis S. Wiener</em><br>
Lewis S. Wiener